MARY A. McTAGUE, appellant,

*v.*

AUSTIN FINNEGAN et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *McTague v. Finnegan, 9 Dick. Ch. Rep. 454.*

PER CURIAM.

Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, COLLINS, DEPUL, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—13.

*For reversal*—None.